IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| BILL WICKERSHAM and MAUREEN DOYLE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF COLUMBIA, MISSOURI and MEMORIAL DAY WEEKEND SALUTE TO VETERANS CORP., <br><br> Defendants. | Case No. 05-4061-CV-C-NKL |

## CLERK'S JUDGMENT

☐     Jury Verdict. This action came before the Court for a trial by jury.

XX     Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on March 31, 2006, Plaintiffs' Motion for Permanent Injunction and Declaratory Judgment is GRANTED in part and DENIED in part.

1. Plaintiffs and similarly situated individuals may distribute leaflets at future Memorial Day Air Shows at the Columbia Regional Airport, subject to the permissible restrictions identified in this Order.

2. Plaintiffs and similarly situated individuals may carry signs at future Memorial Day Air Shows at the Columbia Regional Airport, subject to permissible restrictions identified in this Order.

3. Plaintiffs and similarly situated people may wear expressive clothing, hats and buttons at future public Air Shows at the Columbia Regional Airport, subject to the permissible restrictions identified in this Order.

4. The City and the Corporation do not violate the First Amendment rights of the Plaintiffs and similarly situated people when they prohibit petitioning on the airport tarmac during the Air Show, so long as their rules and enforcement practices are content and viewpoint neutral.

The City's Counterclaim for a declaratory judgment is also GRANTED.

a. The City and the Corporation do not violate the First Amendment rights of the Plaintiffs and similarly situated people when they prohibit First Amendment activities during the noontime event to honor veterans.

b. The City may remove any person from the tarmac engaged in First Amendment activities during the noontime event to honor veterans. This includes persons who distribute leaflets or carry signs if the person refuses to stop carrying the sign or distributing leaflets during the noontime event.

Dated: March 31, 2006

AT THE DIRECTION OF THE COURT
P.L. BRUNE
Clerk

s/ RENEA KANIES
By: Renea Kanies, Courtroom Deputy