IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| BILL WICKERSHAM and MAUREEN DOYLE, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 05-4061-CV-C-NKL ) |
| CITY OF COLUMBIA and MEMORIAL DAY WEEKEND - SALUTE TO VETERANS CORP., | ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

Pending before the Court is Plaintiffs' Motion for Reimbursement of Bond [Doc. # 109]. For the reasons set forth below, the Court grants Plaintiffs' Motion.

In its May 2005 Order granting Plaintiffs' Motion for a Preliminary Injunction, the Court ordered Plaintiffs to submit a $500 bond [Doc. # 57]. Plaintiffs complied with the Court's Order on May 27, 2005. *See* Plaintiffs' Check [Doc. # 109] at Ex. 1. The Court recently ordered a permanent injunction in this case [Doc. # 100].

Plaintiffs now move for reimbursement of their bond because Defendants suffered no monetary damages as a result of the preliminary injunction and because the preliminary injunction is no longer in effect. Defendants filed no objection to Plaintiffs' Motion.

Federal Rule of Civil Procedure 65(c) requires the posting of a bond, but only for

preliminary injunctions and restraining orders. Fed. R. Civ. P. 65 (c). Because the preliminary injunction is no longer in effect in this case and because Defendants suffered no monetary damages as a result of the preliminary injunction, a bond is no longer necessary and the Court will grant Plaintiffs' Motion.

Accordingly, it is hereby

ORDERED that Plaintiffs' Motion for Reimbursement of Bond [Doc. # 109] is GRANTED. The Clerk of the Court is ordered to reimburse Plaintiffs in the amount of $500.00.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

DATE: May 11, 2006
Jefferson City, Missouri