IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| BILL WICKERSHAM and MAUREEN DOYLE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-4061-CV-C-NKL |
| CITY OF COLUMBIA and MEMORIAL DAY WEEKEND SALUTE TO VETERANS CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

In its October 2, 2006 Order [Doc. # 128], the Court found that Plaintiffs Bill Wickersham and Maureen Doyle were prevailing parties under 42 U.S.C. § 1988 and awarded Plaintiffs attorneys' fees totaling $200,801.50. In addition, the Court awarded costs in the amounts of $1,638.79 to the ACLU-EM and $807.57 to the law firm of Schuchat, Cook & Werner.

Pending before the Court is Plaintiffs' Motion and Memorandum in Support of Their Position Regarding Allocation of Defendants' Liability for Attorneys' Fees and Costs, and Specifying the Amounts Due to Plaintiffs' Multiple Attorneys [Doc. # 137]. In their Motion, Plaintiffs argue that Defendants are jointly and severally liable for Plaintiffs' total attorneys' fee award. On May 8, 2007, the Court held a telephone conference during which Defendants agreed that they are jointly and severally liable. In addition, Plaintiffs request that the Court allocate the previously awarded attorneys' fees

1

and costs as follows: to the law firm of Schuchat, Cook & Werner: $149,369.00 in attorneys' fees and $807.57 in costs; and to ACLU-EM: $51,432.50 in attorneys' fees and $1,638.79 in costs. Defendants do not oppose Plaintiffs' proposed allocation and the Court finds the proposed allocation appropriate.

Accordingly, it is hereby

ORDERED that Defendants are jointly and severally liable for the attorneys' fees and costs awarded to Plaintiffs in the Court's October 2, 2006 Order, which will be paid as follows: to the law firm of Schuchat, Cook & Werner: $149,369.00 in attorneys' fees and $807.57 in costs; and to ACLU-EM: $51,432.50 in attorneys' fees and $1,638.79 in costs.

   s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated: May 16, 2007
Jefferson City, Missouri